ACCEPTED
03-15-00186-CV
4905147
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 4:15:07 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00186-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 4:15:07 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

v.

STATEWIDE MATERIALS TRANSPORT, LTD.,
*Appellee.*

On Appeal from the
250th Judicial District Court of Travis County, Texas

## UNOPPOSED FIRST MOTION TO EXTEND TIME
## TO FILE APPELLANTS' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants move to extend the time to file their Appellants' Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

## I.

The Appellants' Brief is currently due April 27, 2015. Appellants seek a 30-day extension, creating a new deadline of May 27, 2015. This is Appellants' first request, and Appellee does not oppose the extension.

## II.

The extension is not sought for delay, and no party will be prejudiced if it is granted. Appellants request this extension because undersigned counsel and the Solicitor General's Office are new to this case at the appellate level, and undersigned counsel has substantial litigation commitments in other cases, including: preparing the appellees' brief due April 17, 2015, in the U.S. Court of Appeals for the Fifth Circuit in *Bach v. Texas State University et al.*, No. 14-51081; and preparing the reply brief on the merits due April 28, 2015, in the Texas Supreme Court in *The University of Texas at El Paso v. Ochoa*, No. 13-0982. The additional time requested will permit counsel to fully analyze the record and relevant law in order to prepare thorough briefing, which would aid the Court in its consideration of this appeal.

## III.

Appellants respectfully request that the Court grant a 30-day extension for filing their brief, creating a new deadline of May 27, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Douglas D. Geyser
DOUGLAS D. GEYSER
Assistant Solicitor General
State Bar No. 24059817

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-2540
Fax: (512) 474-2697
*douglas.geyser@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I certify that on April 15, 2015, I conferred with counsel for Appellee regarding this motion, and counsel advised that Appellee does not oppose the motion.


/s/ Douglas D. Geyser
Douglas D. Geyser
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

On April 15, 2015, this motion was served via File & ServeXpress and/or e-mail on:

Amanda G. Taylor
James F. Martens
Danielle V. Ahlrich
MARTENS, TODD, LEONARD, TAYLOR & AHLRICH
301 Congress Ave., Suite 1950
Austin, Texas 78701
[Tel] (512) 542-9898
ataylor@textaxlaw.com

COUNSEL FOR APPELLEE


/s/ Douglas D. Geyser
Douglas D. Geyser
*Counsel for Appellants*